UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BRIDGEPORT MUSIC, INC., et al. ]
]
v. ]
] No. 3:01-1005
] Judge Higgins
B.E. SOMEBODY, INC., et al. ]
]

ORDER

No objections to the Magistrate Judge's Report and Recommendation (entered January 11, 2006; Docket Entry No. 66) have been filed within the required time.

After independently reviewing the Magistrate Judge's findings and the entire record, the Court finds the Magistrate Judge's findings and conclusions are correct and they are adopted and approved.

Accordingly, pursuant to the order (Docket Entry No. 58) entered November 23, 2005, the plaintiffs shall have and recover the sum of $1990.00 from the defendant, B.E. Somebody, Inc., as reasonable attorney fees incurred by the plaintiffs in securing the default judgment subsequently set aside at the defendant's instance.

Upon payment of the attorney fees the Court will enter an order directing the Clerk to re-instate this action on the active docket.

It is so ORDERED.

Thomas A. Higgins
United States District Judge
1-30-06